✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 08mj2176

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MAXIMO CRUZ-MEDINA

I certify that I am admitted to practice in this court.

7/23/2008
Date

/s/ Devin J. Burstein
Signature

Devin J. Burstein / Federal Defenders of SD — 255389
Print Name — Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 — (619) 687-2666
Phone Number — Fax Number

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MAXIMO CRUZ-MEDINA,<br>Defendant. | Case No. 08mj2176 |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: July 23, 2008

*/s/ Devin J. Burstein*

DEVIN J. BURSTEIN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
devin_burstein@fd.org