FILED
2008 JUL 24 AM 10:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 08MJ2176-CAB
)
v. ) JUDGMENT
)
MAXIMO CRUZ-MEDINA ) DEVIN BURSTEIN, FEDERAL DEFENDERS, INC.
) Defendant's Attorney

REGISTRATION NO. 10301298

VIOLATION: SINGLE-COUNT COMPLAINT - TITLE 8 USC, SEC. 1325 - ILLEGAL ENTRY (MISDEMEANOR)

x Defendant pleaded guilty to count ONE (1) OF SINGLE-COUNT COMPLAINT
___ Count(s) __________ dismissed on the government's oral motion.

JUDGMENT

x Defendant is adjudged guilty on count ONE (1) OF SINGLE-COUNT COMPLAINT

x UNSUPERVISED Probation for a term of ONE (1) YEAR.
on the following conditions:
x obey all laws, Federal, State and Municipal
___ comply with all lawful rules and regulations of the probation department
___ not possess any narcotic drug or controlled substance without a lawful medical prescription
x not transport, harbor or assist undocumented aliens
x not reenter the United States illegally
___ not possess any firearm, destructive device or any other dangerous weapon
___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
___ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
x Penalty assessment of $ 0 - WAIVED
x Fine waived ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

JULY 22, 2008
Date of Imposition of Sentence

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE
Entered on: 7/22/08

I have executed within probation
Judgement and Commitment on 7/23/08

United States Marshal

By: ______
USMS Criminal Section